UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTINA M. ARIAS,<br><br>　　　　　　　　Defendant. | CASE NO. 17-321<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with a crime that carries the presumption of detention and has not overcome that presumption. She allegedly is involved in trafficking drugs locally and across state lines and is currently facing federal charges on the East Coast. There are issues related to her computer use, employment, access to digital currency, and substance abuse that need resolution. The Court will entertain reconsideration at the status hearing set in the case.

It is therefore **ORDERED**:

DETENTION ORDER - 1

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 7th day of August, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2