The Hon. Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR17-316 RSL |
| Plaintiff, | |
| v. | [PROPOSED] |
| CHRISTINA M. ARIAS, | **FINAL ORDER OF FORFEITURE** |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

1. All electronics lawfully seized from the Defendant's residence on August 2, 2017, including the following:
   i. A Galaxy X II Samsung cellphone with s/n R27B913283B;
   ii. An Apple laptop (Model A1369) with id QDS-BRCM1052;
   iii. A Gateway computer with s/n PTGAY020020190245B2700;
   iv. A Toshiba hard drive with s/n 61PVC1EATQQ6;
   v. A Seagate hard drive with s/n NA5P4MWV;
   vi. Two Scandisk SDCZ46-0004G flash drives with s/n BH0906NVPN;

Final Order of Forfeiture - 1
United States v. Arias, CR17-316-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

      vii.    A black unmarked flash drive with circular hold in the center; and

      viii.    A black flash drive labeled PNY 64GB USB 3.0.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that entry of a Final Order of Forfeiture is appropriate for the following reasons:

- On July 12, 2018, the Court entered a Preliminary Order of Forfeiture finding the above-listed property forfeitable pursuant to 21 U.S.C. § 853 and forfeiting the Defendant's interest in it (Dkt. No. 74);
- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. $ 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 86); and
- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;
2. The above-listed property is fully and finally condemned and forfeited, in its entirety, to the United States; and
3. The United States Postal Service, and/or its representatives, are authorized to dispose of the above-listed property in accordance with the law.

///
///
///

Final Order of Forfeiture - 2
*United States v. Arias*, CR17-316-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Clerk of Court is directed to serve a copy of this Order of Forfeiture on all parties of record.

DATED this 9th day of October, 2018.

*(signature)*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

*(signature)*

NEAL B. CHRISTIANSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
(206) 553-4169
E-Mail: Neal.Christiansen2@usdoj.gov

Final Order of Forfeiture - 3
United States v. Arias, CR17-316-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON  98101
(206) 553-7970