PROB 12C-SUM
(01/13)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| **Name of Offender:** Christina Arias | **Case Number:** 2:17CR00316RSL-001 |
| **Name of Judicial Officer:** The Honorable Robert S. Lasnik, United States District Judge | |
| **Date of Original Sentence:** 07/19/2018 | **Date of Report:** 03/18/2022 |

**Original Offense:** Count 1: Distribution of a Quantity of 4-anilino-N-phenethyl-4 pieridine (ANPP), a Schedule II Substance; Counts 2-5: Distribution of a Quantity of a Mixture and Substance Containing a Detectable Amount of N-(-phenethylpiperidin-4-yl)-N-phenylfuran-2-carboxamide (Furanyl Fentanyl), a Schedule I Controlled Substance

**Original Sentence:** 18 months custody; 3 years' supervised release

| | |
|---|---|
| **Type of Supervision:** Supervised Release | **Date Supervision Commenced:** 09/25/2019 |
| | **Date Supervision Expires:** 09/24/2022 |
| **Assistant United States Attorney:** Joseph Silvio | **Defense Attorney:** Robert Goldsmith |

**Special Conditions Imposed:**

☒ Substance Abuse     ☒ Financial Disclosure     ☐ Restitution:
☒ Mental Health       ☐ Fine                    ☐ Community Service

☒ Other: Maintain a single checking account; Moral Reconation Therapy; submit to search; computer monitoring; and notify the probation officer of all computer software owned or operated.

## PETITIONING THE COURT

☐ To issue a warrant under seal
☒ To issue a summons

I allege Christina Arias has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Using a controlled substance, Percocet and Xanax, on or about June 9, 2021, in violation of a standard condition of supervised release. |
| 2. | Using a controlled substance, methamphetamine and opiates, on August 3, 2021, in violation of a standard condition of supervised release. |
| 3. | Using a controlled substance, amphetamine on or about the following dates, in violation of standard condition of supervised release.<br>• September 13, 2021<br>• September 20, 2021 |
| 4. | Using a controlled substance, fentanyl, on or about the following dates, in violation of a standard condition of supervised release.<br>• November 9, 2021<br>• December 4, 2021<br>• December 6, 2021<br>• December 9, 2021<br>• December 21, 2021<br>• December 25, 2021 |

The Honorable Robert S. Lasnik, United States District Judge                                        Page 2
Petition for Warrant or Summons for Offender Under Supervision                               March 18, 2022

- December 26, 2021

5. Using a controlled substance, fentanyl, and methamphetamine, on or about the following dates, in violation of a standard condition of supervised release.
    - January 21, 2022
    - February 28, 2022

I incorporate by reference the information contained in the attached memorandum.

United States Probation Officer Recommendation:

☒ The term of supervision should be
    ☒ revoked.
    ☐ extended for ___ years, for a total term of ___ years.
☐ The conditions of supervision should be modified as follows:

☐ Detention pending final adjudication due to
    ☐ risk of flight.
    ☐ danger to community.

I swear under penalty of perjury that the foregoing is true and correct.

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

Executed on this 18th day of March, 2022.

BY:

Kenny James
United States Probation Officer

Jennifer Van Flandern
Supervising United States Probation Officer

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ The Issuance of a Warrant under seal
   (conditions of supervision shall remain in effect pending final adjudication)
☒ The Issuance of a Summons
   (conditions of supervision shall remain in effect pending final adjudication)
☐ Other

Signature of Judicial Officer
March 18, 2022
Date